# DELLA MURA & CIACCI LLP

ATTORNEYS AND COUNSELLORS AT LAW
981 ALLERTON AVENUE
BRONX, NEW YORK 10469

WALTER F. CIACCI
PETER DELLA MURA

PAUL D. GENTILE

TELEPHONE (718) 405-1500
FACSIMILE   (718) 405-2500

JOSEPH BOVE
OF COUNSEL

JOSEPH A. PROVENZA
OF COUNSEL

November 26, 2025

**via Electronic Filing**

The Honorable Paul A. Engelmayer
District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re:    *Cruz Bello v. Aldo U.S. Inc., et al.*
>         United States District Court – Southern District of New York
>         Case No.:      1:25-CV-07466-PAE

Dear Judge Engelmayer:

This is a joint letter, submitted by counsel for Plaintiff Indiana Cruz-Bello and for Defendant Aldo U.S. Inc.

We submit this letter to formally request a two-week adjournment of the Pretrial Conference, currently scheduled for Monday, December 1, 2025 at 2 p.m.

By November 24, 2025, the parties were required to confer regarding settlement, prepare a Case Civil Case Management Plan and Scheduling Order, and to prepare a Joint letter containing the details of this case. Unfortunately, the parties have not met this deadline. The failure to comply is mine (plaintiff's counsel) as I have been working part time recuperating from multiple knee fractures.

The parties request this adjournment to preserve court resources and so that the parties have enough time to provide the aforementioned documents and to substantively discuss this matter prior to the conference.

Thank you for your time and attention to this matter and for your consideration of our request.

Very Respectfully,

Walter F. Ciacci, Esq.
Della Mura & Ciacci
Attorneys for Plaintiff

DELLA MURA & CIACCI LLP

*Dejon C. Delpino*

Dejon Cheri Delpino, Esq.
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
Attorneys for Defendant
Aldo U.S. Inc.

GRANTED. The initial pretrial conference is hereby rescheduled to **December 16, 2025** at 2:00 p.m. Counsel are directed to file all materials described in the Court's October 27, 2025 Order, Dkt. 13, by December 11, 2025. The dedicated conference line remains as stated in that Order.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Date: November 26, 2025
New York, New York