UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIANA CRUZ BELLO,

                          Plaintiff,

          -v-

ALDO U.S. INC.,

                          Defendant.

25 Civ. 7466 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of the parties' representation that they consent to conduct all further proceedings before a Magistrate Judge, Dkt. 16, the Initial Pretrial Conference is adjourned.  The parties are directed by **Tuesday, December 16, 2025** to file a "Consent to Proceed Before U.S. Magistrate Judge" form, which is accessible on the website for the Southern District of New York.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 15, 2025
        New York, New York

1