**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Indiana Cruz Bello, | |
| Plaintiff, | **1:25-cv-07466 (SDA)** |
| -against- | **ORDER** |
| Aldo U.S. Inc., | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to the case management plan, filed on January 27, 2026 (ECF No. 25), the parties were required to file a joint status letter by March 9, 2026. The deadline for filing that letter is hereby extended to Tuesday, March 24, 2026.

Additionally, the parties shall update the court on the status of mediation, which was scheduled for March 12, 2026 (docket entry dated 2/18/26).

**SO ORDERED.**

Dated:      New York, New York
            March 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge